[Criminal No. 549.   Filed June 18, 1923.]

[215 Pac. 728.]

In the Matter of the Application of FRANK BELMAS for a Writ of Habeas Corpus. FRANK BELMAS, Appellant, v. STATE, Respondent.

HABEAS CORPUS—APPEAL FROM ORDER REFUSING DISCHARGE DISMISSED, NO APPEARANCE OR ASSIGNMENT HAVING BEEN MADE.—Where appellant failed to make any appearance or assignments an appeal under Civil Code of 1913, paragraph 1227, subdivision 7, from an order refusing to discharge appellant from custody on a writ of *habeas corpus* will be dismissed.

See 29 C. J., p. 191.

APPEAL from a judgment of the Superior Court of the County of Maricopa. Joseph S. Jenckes, Judge. Appeal dismissed.

Mr. Spencer B. Pugh, for Appellant.

The Attorney General, for the State.

PER CURIAM.—This is an appeal from an order refusing to discharge appellant from custody on a writ of *habeas corpus*. The statute authorizes such an appeal. Paragraph 1227, subd. 7, Civ. Code. But there is no law, no rule, no moral obligation that requires the court to investigate the record for error; the appellant having forgotten or neglected to make any appearance, or assignments.

The order is that the appeal is dismissed.